UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ,

                        Plaintiff,

-v-

BILLIONAIRE BOYS CLUB, LLC *et al.*,

                        Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/18

No. 17-cv-8752 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      Plaintiff initiated this action by filing a complaint on November 9, 2017. (Doc. No. 1.) Based on two affidavits of service filed by Plaintiff on December 13, 2017, Defendants were served with the summons and complaint on November 30, 2017, and their answers were therefore due no later than December 21, 2017. (Doc. Nos. 5, 6.) On January 2, 2018, the Court directed Plaintiff to move for default by January 26, 2018 and warned Plaintiff that failure to comply with the Court's order may result in dismissal of his case for failure to prosecute. (Doc. No. 7.) In light of Plaintiff's failure to comply with the Court's directive to move for default no later than January 26, 2018, IT IS HEREBY ORDERED THAT this case is dismissed for failure to prosecute.

SO ORDERED.

Dated:      January 31, 2018
              New York, New York

                                                                                  _____
                                                                                   RICHARD J. SULLIVAN
                                                                                    UNITED STATES DISTRICT JUDGE